# EXHIBIT A



# Service of Process Transmittal

02/22/2022
CT Log Number 541089698

| | |
|---|---|
| **TO:** | CATHY SCHUDA
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542 |
| **RE:** | **Process Served in Massachusetts** |
| **FOR:** | Target Corporation  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CASSANDRA ASVESTAS // To: Target Corporation |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified
Case # 2283CV00010 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boston, MA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/22/2022 at 10:49 |
| **JURISDICTION SERVED:** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/22/2022, Expected Purge Date: 02/27/2022

Image SOP

Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System
155 Federal Street
Suite 700
Boston, MA 02110
877-564-7529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Feb 22, 2022

**Server Name:** Drop Service

| Entity Served | TARGET CORPORATION |
|---|---|
| Case Number | 2283CV00010 |
| Jurisdiction | MA |



| Summons | CIVIL DOCKET NO.<br>2283CV00010 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br><br>CASSANDRA ASVESTAS<br>Plaintiff(s)<br><br>VS.<br><br>TARGET CORPORATION<br>Defendant(s) | | Robert S. Creedon, Jr.     Clerk of Courts<br>Plymouth                          County<br>COURT NAME & ADDRESS:<br>Plymouth County Superior Court<br>72 Belmont Street<br>Brockton, MA 02301 |

THIS SUMMONS IS DIRECTED TO __TARGET CORPORATION__ ✓ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the     Plymouth Superior     Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**
To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, Plymouth Superior Court 72 Belmont Street, Brockton, MA 02301 (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
   Edward A. Sargent, Esq. 100 Cummings Center, Suite 207 P Beverly, MA 01915

3. **What to include in Your Response.**
An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your court no more than 10 days after sending your Answer.

A true copy Attest
2-21-22
Deputy Sheriff Plymouth County

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger_____, Chief Justice on _____, 20____. (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ , I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____
_____
_____

Dated: _____          Signature: _____

**TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date: _____

rev. 7/21

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH ss.  PLYMOUTH SUPERIOR COURT
DOCKET NO. 2283CV00010B

CASSANDRA ASVESTAS,  )
   Plaintiff )
)
v. ) COMPLAINT AND
) DEMAND FOR
) JURY TRIAL
TARGET CORPORATION )
   Defendant. )

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

JAN 1 0 2022

Clerk of Court

## PARTIES

1. Plaintiff, Cassandra Asvestas, is an individual residing at 49 Plymouth Street, Apartment 3, East Bridgewater, Massachusetts 02333.

2. Defendant, Target Corporation, is a retail chain outlet store headquartered at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 and doing business at 1167 Washington Street, Hanover, Massachusetts 02339 (among other stores.)

## COUNT ONE - NEGLIGENCE

3. On or about January 21, 2019 the plaintiff was walking on defendant's premises in the parking lot located at defendant's store at 1167 Washington Street, Hanover, Massachusetts, 02333.

4. That on or about said date the defendant owed a duty to keep said premises safe and take adequate measures to prevent and warn people traveling on her property of dangerous conditions on its premises.

5. Defendant breached said duty by failing to clean and clear snow and ice on the premises for plaintiff and any other legal travelers on the property.

6. Defendant's breach of duty caused the plaintiff slip on snow and ice that Defendant had adequate time to clean, causing the plaintiff to fall down and injure herself and otherwise caused her personal injury, pain and suffering, emotional distress and medical expenses, all within the jurisdictional limits of this honorable court.

Wherefore, Plaintiff demands judgment against the defendant for his damages, pre and post judgment interest, attorney's fees, cost and for whatever relief this honorable court deems reasonable and just.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES

CASSANDRA ASVESTAS,
By her Attorney,

Edward A. Sargent, Esquire
100 Cummings Center, Suite 207P
Beverly, MA 01915
(978) 867-7740
(978) 867-7741 (fax)
edsargent9753@gmail.com
BBO#'s 655258

Date: 01/07/2022

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2283CV00010B | Trial Court of Massachusetts The Superior Court |
|---|---|---|

**PLAINTIFF(S):** CASSANDRA ASVESTAS
**ADDRESS:** 49 PLYMOUTH STREET APT 3 EAST BRIDGEWATER, MA 02333

**COUNTY:** Plymouth

**DEFENDANT(S):** TARGET CORPORATION

**ATTORNEY:** EDWARD A. SARGENT, ESQ.
**ADDRESS:** 100 CUMMINGS CENTER SUITE 207P BEVERLY, MA 01915
**BBO:** 655258

**ADDRESS:** 1167 WASHINGTON STREET HANOVER, MA 02339

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B 20 | PI - SLIP + FALL | F | ☑ YES  ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?    ☐ YES   ☑ NO
Is this a class action under Mass. R. Civ. P. 23?    ☐ YES   ☑ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............................................ $10,000
  2. Total doctor expenses .............................................. $5,000
  3. Total chiropractic expenses ...................................... $2,000
  4. Total physical therapy expenses ............................... $10,000
  5. Total other expenses (describe below) ..................... $10,000
     NEUROLOGISTS, MASSAGE, VARIOUS DOCTORS        Subtotal (A): $37,000
B. Documented lost wages and compensation to date ....... $
C. Documented property damages to date ........................ $
D. Reasonably anticipated future medical and hospital expenses ... $10,000
E. Reasonably anticipated lost wages ............................... $
F. Other documented items of damages (describe below) ... $

*Stamp: COMMONWEALTH OF MASSACHUSETTS SUPERIOR COURT DEPT. OF THE TRIAL COURT PLYMOUTH COUNTY   JAN 10 2022   Clerk of Court*

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
HEAD INJURY; BACK + NECK INJURY

**TOTAL (A-F):** $47,000

### CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):  N/A

**TOTAL:** $

Signature of Attorney/ Unrepresented Plaintiff: X _[signature]_       Date: 1-7-2022

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _[signature]_       Date: 1-7-2022

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| | |
|---|---|
| AA1 Contract Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action Involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action Involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c.231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical / Wrongful Death | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death, G.L. c.229 §2A | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10 §28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c.249 §4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G. L. c. 93 §9 | (A) |
| E07 Mass Antitrust Act, G. L. c. 93 §8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149 §§29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12 §11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123 §9(b) | (X) |
| E25 Pleural Registry (Asbestos cases) | |
| E94 Forfeiture, G.L. c265 §56 | (X) |
| E95 Forfeiture, G.L. c.94C §47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231 §60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A §12 | (X) |
| E14 SDP Petition, G.L. c. 123A §9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c.6 §178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112 §12S | (X) |

### TRANSFER YOUR SELECTION TO THE FACE SHEET

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

### A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
### FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
### MAY RESULT IN DISMISSAL OF THIS ACTION.

| COUNSEL CERTIFICATION FORM<br>Pursuant to SJC RULE 1:18 | DOCKET NUMBER | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>CASSANDRA ASVESTAS VS TARGET CORPORATION | | PLYMOUTH  Clerk of Courts  County |
| | | COURT NAME & ADDRESS<br>PLYMOUTH SUPERIOR COURT<br>52 OBERY STREET<br># 2041<br>PLYMOUTH, MA 02360 |

I am attorney of record for _CASSANDRA ASVESTAS_

☑ plaintiff ☐ defendant in the above-entitled matter.

I hereby certify that in accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18), I have complied with the requirements of the rule requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Dated: 1-7-2022

Signature: _[signature]_
Print name: EDWARD A. SARGENT, ESQ
Address: 100 CUMMINGS CENTER
SUITE 207P
BEVERLY, MA 01915
BBO #: 655258

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

JAN 10 2022

_[signature]_
Clerk of Court

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2283CV00010 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Cassandra Asvestas vs. Target Corporation | | Robert S. Creedon, Jr., Clerk of Courts |
| TO: Target Corporation No addresses available | | COURT NAME & ADDRESS Plymouth County Superior Court - Brockton 72 Belmont Street Brockton, MA 02301 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                                    DEADLINE

|  | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court |  | 04/11/2022 |  |
| Response to the complaint filed (also see MRCP 12) |  | 05/10/2022 |  |
| All motions under MRCP 12, 19, and 20 | 05/10/2022 | 06/09/2022 | 07/11/2022 |
| All motions under MRCP 15 | 05/10/2022 | 06/09/2022 | 07/11/2022 |
| All discovery requests **and depositions** served and non-expert depositions completed | 11/07/2022 |  |  |
| All motions under MRCP 56 | 12/06/2022 | 01/05/2023 |  |
| Final pre-trial conference held and/or firm trial date set |  |  | 05/05/2023 |
| Case shall be resolved and judgment shall issue by |  |  | 01/10/2024 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to

| DATE ISSUED 01/10/2022 | ASSISTANT CLERK | PHONE |
|---|---|---|

Date/Time Printed: 01-10-2022 11:19:01                                                                    SCV026\ 08/2018